UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALID AL KHORI,<br><br>   Petitioner,<br><br> v.<br><br>WARDEN MESA VERDE, et al.,<br><br>   Respondents. | Case No. 26-cv-00319-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 3 |

  On January 13, 2026, Petitioner was ordered to file proof of service on Respondents and show cause why this case should not be transferred to the Eastern District of California by January 14, 2026. (Dkt. No. 3.) No response has been received.

  Petitioner shall file proof of service and his response to Dkt. No. 3 by **January 16, 2026, at 12:00 p.m.** If no response is received by that time, the case will be transferred to the Eastern District of California.

  **IT IS SO ORDERED.**

Dated: January 15, 2026

                        RITA F. LIN
                        United States District Judge